**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6986**

KENNETH SYNCERE RIVERA, a/k/a Kenneth Rivera, a/k/a Kenneth
D. Rivera,

                Plaintiff - Appellant,

      v.

BRYAN P. STIRLING, Director; TRACY WEBB, Policy Development
Office; MR. MCFADDEN, Warden; MS. MEGGET-WRIGHT, Corporal,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  J. Michelle Childs, District
Judge.  (8:15-cv-02995-JMC)

Submitted:  November 22, 2016     Decided:  November 28, 2016

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth Syncere Rivera, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Syncere Rivera appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Rivera v. Stirling</u>, No. 8:15-cv-02995-JMC (D.S.C. June 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>